IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY CLAYTON CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-1081-MEF |
| ) | WO |
| A. J. HILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on the Plaintiff's Objection to Courts[sic] Decision (Doc. # 33), which this Court construes as an objection to the May 5, 2011 (Doc. # 25) denying Plaintiff's request for the appointment of counsel to represent him. In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed the objection, the Magistrate Judge's Order, and all submissions related to those Orders. This Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. Therefore, it is hereby

ORDERED that plaintiff's objection is OVERRULED.

DONE this 24th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE