IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY CLAYTON CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-1081-MEF |
| ) | WO |
| A. J. HILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #33) to the Recommendation of the Magistrate Judge filed on August 17, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #32) filed on August 3, 2011 is adopted;

3. That the defendants' Motion to Dismiss (Doc. #27) is GRANTED and this case is dismissed.

DONE this the 24th day of August, 2011.

                                                        /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE